UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CAUSE NO. 3:08-CR-111(01) RM |
| | ) |
| REFUJIO ORTIZ | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 22, 2008 [Doc. No. 23]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Refujio Ortiz's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 42 U.S.C. § 408(a)(7)(B).

SO ORDERED.

ENTERED:  November 17, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court